# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHAILESH
CHANDRASEKHARAN
2631 Stadium Drive
Durham, NC 27704

                    Plaintiff,

        v.

EMILIO T. GONZALEZ, Director of
the United States Citizenship and
Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529

ROBERT S. MUELLER, III, Director
of the Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

MICHAEL CHERTOFF, Secretary
U.S. Department of Homeland
Security
425 Murray Drive, Building 410
Washington, DC 20528

                    Defendants.

**COMPLAINT FOR
DECLARATORY RELIEF IN THE
NATURE OF MANDAMUS**

—1—

Plaintiff, by and through his undersigned counsel, sues the Defendants and alleges as follows:

## INTRODUCTION

1.    This is an action for declaratory relief in the nature of mandamus, to compel the Defendants to act on Plaintiff's application for naturalization (Form N-400) filed with Defendant United States Citizenship and Immigration Services (USCIS), and to compel Defendant Federal Bureau of Investigation to complete any and all background or security checks required in connection with Plaintiff' application for naturalization.  Plaintiff's application was filed on July 25, 2006 with the USCIS Texas Service Center.  The Defendants' have unreasonably and arbitrarily delayed adjudication of this application to Plaintiff's detriment.

## JURISDICTION

2.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) as a civil action arising under the Constitution of the United States and the Immigration and Nationality Act (INA) codified at 8 U.S.C. § 1101 et seq.; and under 5 U.S.C. §§ 555, 701 et. seq. (Administrative Procedure Act or APA) as an action to compel agency action unlawfully withheld or unreasonably

delayed; and pursuant 28 U.S.C. § 1361 (mandamus statute) as an action to compel

an officer or employee of the United States to perform a duty owed to the Plaintiff.

## EXHAUSTION OF REMEDIES

3.    There are no administrative remedies available to address Defendants'

failure to adjudicate Plaintiff's pending N-400 application.  Plaintiff has made

numerous inquiries on the status of his pending application, and has been told his

case is delayed due to pending background checks.  No administrative remedies are

available to address the Defendants' failure to complete the required security checks

and adjudicate the Plaintiff's application for naturalization.

## VENUE

4.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e), as

amended, which provides that in a civil action in which each Defendant is an officer

or employee of the United States acting in his official capacity, or any agency of the

United States, the action may be brought in any judicial district in which a

Defendant in the action resides or where a substantial portion of the events or

omissions giving rise to Plaintiff's claims occurred.  Venue is proper in this Court

under 28 U.S.C. §1391(e) because this is a civil action in which Emilio T.

Gonzalez, Robert S. Mueller III and Michael Chertoff are officers of the United

States acting in their official capacities within this judicial district.  Additionally,

substantial portions of the events and omissions giving rise to Plaintiff's claims

occurred within this judicial district as the USCIS and FBI policy regarding security

checks for immigration applications originates from the agencies' headquarters

located in Washington D.C.

## PLAINTIFF

5.    Plaintiff Shailesh Chandrasekharan is a native and citizen of India.  He

has been a lawful permanent resident of the United States for nearly seven and a

half years.  He currently resides in Durham, North Carolina where he is employed

as an Associate Professor of physics at Duke University.  He applied for

naturalization on July 25, 2006.

## DEFENDANTS

6.    Defendant Emilio T. Gonzalez is the Director of the USCIS, an agency

of the United States government.  As USCIS Director, Mr. Gonzalez has primary

responsibility for the implementation of the immigration laws, and in particular the

processing of applications for naturalization.  Mr. Gonzalez is sued in his official

capacity.

7.    Defendant Robert S. Mueller, III is the Director of the FBI.  The FBI

conducts certain background investigation duties in connection with immigration

petitions and applications, including N-400 applications for naturalization.  In his

capacity as Director, Mr. Mueller is responsible for the processing of all security and background checks in connection with Plaintiff's application filed with the USCIS. Mr. Mueller is sued in his official capacity.

8.    Defendant Michael Chertoff is the Secretary of the United States Department of Homeland Security (DHS). In his capacity as Director, Mr. Chertoff is charged with the administration and enforcement of the Immigration and Nationality Act. Mr. Chertoff is sued in his official capacity.

## **LEGAL FRAMEWORK**

9.    The Immigration and Nationality Act (INA) lists several requirements for naturalization. In general, an applicant for naturalization must establish that he or she is:

  a. A lawful permanent resident (LPR) of the United States. 8 U.S.C. §§ 1427, 1429.

  b. At least 18 years old when filing the application. 8 U.S.C. § 1445(b).

  c. A resident of the United States continuously for five years subsequent to attaining lawful permanent resident status; and physically present in the United States for a total of at least one-half of the required five years. 8 U.S.C. § 1427(a).

  d. Able to read, write, and speak ordinary English. 8 U.S.C. § 1423(a)(1);

8 C.F.R. § 312.1.

  e. Proficient in the fundamentals of the history and government of the United States. 8 U.S.C. § 1423(a)(2); 8 C.F.R. §§ 312.2, 312.3.

  f. A person of good moral character for the requisite five years up to the time of naturalization. 8 U.S.C. § 1427(a)(3); 8 C.F.R. § 316.10.

  g. Attached to the principles of the Constitution and well disposed to the good order and happiness of the United States. 8 U.S.C. § 1427(a)(3).

10. A non-citizen applies for naturalization by submitting Form N-400, Application for Naturalization, to the USCIS. Upon payment of the requisite application fee and submission of the appropriate form and other documentary evidence, the USCIS issues a receipt notice to the applicant.

11. The applicant is then scheduled for an appointment at a local "Application Support Center" (ASC) where fingerprints are taken by the USCIS. Those fingerprints are used to perform a variety of criminal background checks. The Immigration and Nationality Act mandates an investigation and examination of all applicants prior to naturalization. *See* 8 U.S.C. § 1446. The federal regulations require the agency to schedule applicants for an examination "only after the Service has received a definitive response from the Federal Bureau of Investigation that a full criminal background check of an applicant has been completed." *See* 8 C.F.R. § 335.2(b).

12.    Ordinarily, the naturalization examination involves a testing on the applicant's English language capabilities and knowledge of United States' history and government, as well as a review of whether the applicant meets the other statutory requirements for naturalization discussed above, such as good moral character and the requisite physical presence in the United States.  If the applicant passes the English and history test, and meets all statutory requirements, he will be scheduled to take the oath of allegiance and will be issued a certificate of naturalization.  *See* 8 U.S.C. §§ 1448, 1449.

## FACTUAL ALLEGATIONS

13.    Mr. Chandrasekharan was granted lawful permanent resident status on September 21, 2000.  (*See Exhibit 1*, copy of permanent resident card).   He has resided in the United States continuously since becoming a permanent resident, and has been physically present for more than half of the five years preceding his application as required by 8 U.S.C. § 1427(a).

14.    On July 25, 2006, Mr. Chandrasekharan submitted an application for naturalization (Form N-400) to the USCIS Texas Service Center.  (*See Exhibit 2*, copy of N-400 receipt notice).

15.    Thereafter, Mr. Chandrasekharan was fingerprinted by the USCIS on August 15, 2006.  (*See Exhibit 3*, copy of fingerprint notification with processing stamp).

–7–

16.     Five (5) months passed with no further action by USCIS.  On January 29, 2007, Mr. Chandrasekharan inquired with the USCIS regarding the status of his application.  Four (4) months after his inquiry, on April 19, 2007, the USCIS stated that "we reviewed your case and it is in the final stage of being processed for naturalization interview."  (*See Exhibit 4,* copy of April 2007 USCIS status letter).

17.     On May 24, 2007, Mr. Chandrasekharan made a second inquiry with the USCIS.  In a letter dated July 7, 2007, the USCIS indicated that "the processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.  Until the background investigation is completed, we cannot move forward on your case." (*See Exhibit 5,* copy of July 2007 USCIS status letter).

18.     Mr. Chandrasekharan made a further inquiry with the USCIS on September 17, 2007.  On September 22, 2007, he received an identical response regarding the status of his application. (*See Exhibit 6,* copy of September 2007 USCIS status letter).

19.     In addition to his inquiries with the USCIS, Mr. Chandrasekharan requested casework assistance from his congressional representative, David Price.  Congressman Price's office informed Mr. Chandrasekharan that his FBI name check was still pending, and that they cannot obtain information as to how long it

will take to complete.  One of the letters indicated that the FBI received the name

check request in his case on August 3, 2006.  (*See Exhibit 7,* copy of

correspondence from Congressman Price's office).

20.     Mr. Chandrasekharan also requested a copy of his files from the FBI

under the Freedom of Information Act (FOIA). He received a letter dated

September 12, 2007, indicating that "no records responsive to your FOIA/PA

request were located by a search of the automated indices." (*See Exhibit 8,* copy of

FBI letter).

21.     As a final attempt to resolve this matter, Mr. Chandrasekharan

requested expedited processing of his delayed naturalization application on January

29, 2008.  In an email dated February 9, 2008, the USCIS merely indicated that his

case has been delayed due to the "background investigation." (*See Exhibit 9,* copy

February 2008 email from USCIS).

22.     Mr. Chandrasekharan's application for naturalization has now been

pending for over one and a half years without meaningful action by the USCIS or

FBI.  His fingerprints, taken more than 15 months ago, have now expired and he

will need to be fingerprinted again prior to adjudication of his application.  The FBI

has acknowledged receipt of his name check request nineteen (19) months ago, and

yet have failed to complete the name check which has unreasonably delayed Mr.

Chandrasekharan's naturalization process.[1]   The USCIS on-line processing times for his local USCIS office with jurisdiction over his N-400 states that it is processing N-400 applications filed on April 25, 2007.[2]

## CLAIMS FOR RELIEF

### Count One – Mandamus Action, 28 U.S.C. § 1361

23.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 22 above as though fully set forth herein.

24.    Plaintiff has a claim for mandamus relief under 28 U.S.C. § 1361, which provides the authority to compel Defendants to perform a duty owed to Plaintiff.

25.    Mr. Chandrasekharan meets all the statutory requirements for naturalization set forth at 8 U.S.C. § 1422 et. seq.  He submitted his application for naturalization and paid the requisite filing fee on July 25, 2006.  He appeared for fingerprinting as requested on August 16, 2006.  To date, Defendants have failed to take any further action to adjudicate Mr. Chandrasekharan's properly filed application for naturalization.

---

1 In the context of applications for permanent residence (Form I-485), the FBI has committed to providing name check results within 180 days.  (*See Exhibit 10*, USCIS Interoffice Memorandum *Revised National Security Adjudication and Reporting Requirements* (February 4, 2008)).

2 *See* https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=14

26.     The Defendants owe a duty under the Immigration and Nationality Act and under the regulations to adjudicate properly filed N-400 applications. *See* 8 U.S.C. § 1103 ("The Secretary of Homeland Security shall be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens"); 8 C.F.R. § 335.2(a) ("Subsequent to the filing of an application for naturalization, each applicant shall appear in person before a Service officer designated to conduct examinations pursuant to § 332.1 of this chapter."); 8 C.F.R. § 335.2(b) ("The Service will notify applicants for naturalization to appear for an initial examination on the naturalization application only after the Service has received a definitive response from the Federal Bureau of Investigation that a full criminal background check of an applicant has been completed."); 8 C.F.R. § 335.3(a) ("The Service officer shall grant the application if the applicant has complied with all requirements for naturalization under this chapter.")

27.     The Defendants' failure to perform their statutory and regulatory duties is causing significant harm to Mr. Chandrasekharan.  It has delayed his ability to exercise the benefits of citizenship, including the ability to vote, obtain certain federal jobs, and sponsor family members for immigration.  This final benefit is particularly important to Mr. Chandrasekharan, as his fiancée is a citizen

_____

(Accessed March 4, 2008).

and resident of India. Mr. Chandrasekharan was married when his N-400 application was filed. However, he has been divorced since August 29, 2007 and is presently single. He plans to travel to India and marry his fiancée this May. His future wife's ability to move to the United States will be significantly delayed as long as Mr. Chandrasekharan remains a permanent resident. As the spouse of a lawful permanent resident, Mr. Chandrasekharan's wife will fall into one of the family – sponsored immigrant visa preference categories which are subject to numerical limitations; namely, the second preference category for spouses and children of permanent residents. *See* 8 U.S.C. § 1153(a)(2). According to the most recent processing times published by the Department of State, Indian nationals in the second preference category are currently facing a *five (5) year wait* before they may join their spouses in the United States. *See* March 2008 Visa Bulletin, available on-line at: http://travel.state.gov/visa/frvi/bulletin/bulletin_3953.html (accessed March 3, 2008). By contrast, when Mr. Chandrasekharan becomes a citizen, his wife will be considered an "immediate relative" and will not be subject to the numerical limitations discussed above.

28.    Similarly, as a permanent resident, Mr. Chandrasekharan is unable to sponsor his elderly mother for permanent residence. Mr. Chandrasekharan's mother is 76 years old and is in poor health. He would like to bring her to the United States to reside with him; however, he cannot sponsor her for permanent

–12–

residence unless and until he becomes a U.S. citizen. These issues are causing and will continue to cause Mr. Chandrasekharan significant emotional distress and financial strain.

**Count Two – Administrative Procedures Act, 5 U.S.C. §§ 555 (b), 701 et seq.**

30.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 28 above as though fully set forth herein.

31.    The Defendants' failure to process and complete adjudication of Plaintiff's N-400 application is in violation of the Administrative Procedures Act. *See* 5 U.S.C. §555(b) ("with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.")   The Defendants are unlawfully withholding and unreasonably delaying final adjudication of this application, and have failed to carry out the adjudicative functions delegated to them. Defendants' actions are arbitrary and capricious, and not in accordance with law.

**Count Three – Equal Access to Justice Act**

32.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 31 above as though fully set forth herein.

33.    If he prevails, Plaintiff will seek attorney's fees and costs under the Equal Access to Justice Act (EAJA), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## PRAYER

**WHEREFORE**, Plaintiff requests the Court to grant the following relief:

(1) Accept and maintain continuing jurisdiction of this action.

(2) Order the Defendants to complete any pending security checks and schedule Plaintiff for an interview in connection with his N-400 application within thirty (30) days of this Court's order, and adjudicate his N-400 application promptly thereafter.

(3) Award Plaintiff the costs of this action, including fair and reasonable attorney's fees as provided in the Equal Access to Justice Act.

(4) Provide such relief as the Court may deem proper and appropriate.

Dated:   March 12, 2008

Respectfully submitted,

Thomas K. Ragland
DC Bar Number 501021
Maggio & Kattar
11 Dupont Circle, NW, Ste. 775
Washington, D.C. 20036

–14–

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SHAILESH CHANDRASEKHARAN | EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary U.S. Department of Homeland Security |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas K. Ragland
Maggio & Kattar
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
202-483-0053

ATTORNEYS (IF KNOWN)

United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
202-514-7566

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**⊙ E. General Civil (Other)**    OR    **○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC Section 1361 (Mandamus), 5 USC 701 et seq. (Administrative Procedures Act), FAILURE TO PERFORM A DUTY OWED TO PLAINTIFFS

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____   Check YES only if demanded in complaint

JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 3/12/08    SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## VERIFICATION

I, SHAILESH CHANDRASEKHARAN, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for

Declaratory Relief in the Nature of Mandamus upon information and belief.

Dated:    March 4, 2008

Place:    Durham, NC

SHAILESH CHANDRASEKHARAN

Form = N-400

A 076-927-118

## PERMANENT RESIDENT CARD

NAME CHANDRASEKHARAN, SHAILESH

INS A# 076-927-118



Birthdate     Category     Sex
10/27/67      E17          M

Country of Birth
India

CARD EXPIRES 11/06/10

Resident Since 09/21/00



```
C1USA0769271186SRC0006150651<<
6710277M1011061IND<<<<<<<<<<5
CHANDRASEKHARAN<<SHAILESH<<<<<
```



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

## PERMANENT RESIDENT CARD

Copy of the
"Green Card"
(front + back).

**EXHIBIT 1 - Copy of Permanent Resident Card**

02/11/2008 19:34 FAX 919 660 2525  DURE UNIV PHYSICS  @002/032

Department of Homeland Security  Case 1:08-cv-00441-RMU    Document 1-5    Filed 03/13/2008    Page 1 of 1
U.S. Citizenship and Immigration Service.

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE<br>July 31, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | USCIS A#<br>A 076 927 118 |
| APPLICATION NUMBER<br>SSC*001057488 | RECEIVED DATE<br>July 25, 2006 | PRIORITY DATE<br>July 25, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SHAILESH CHANDRASEKHARAN
2631 STADIUM DR
DURHAM NC  27704

**PAYMENT INFORMATION:**

Single Application Fee:     $400.00
Total Amount Received:    $400.00
Total Balance Due:             $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview.  You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview.  Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:            October 27, 1967
Address Where You Live:   2631 STADIUM DR
                          DURHAM NC 27704

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office.  You should expect to be notified within  730 days of this notice.

**IMPORTANT NOTICE:**     All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at a USCIS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check.  If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted.  Do not have your fingerprints taken anywhere else.  You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you.  Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
P. O. BOX 851488
MESQUITE TX 75185-

**USCIS Customer Service Number:**
(800) 375-5283

**APPLICANT COPY**

SSC$001022444

**EXHIBIT 2 - N-400 Receipt Notice**           Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | NOTICE DATE August 01, 2006 |
|---|---|
| CASE TYPE N400    Application For Naturalization | CUSIS A# A 076 927 118 |
| APPLICATION NUMBER SSC*001057488 | RECEIVED DATE July 25, 2006 | PRIORITY DATE July 25, 2006 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SHAILESH CHANDRASEKHARAN
2631 STADIUM DR
DURHAM NC 27704

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS CHARLOTTE 4801 CHASTAIN AVE. SUITE 175, BUILDING 10 CHARLOTTE NC 28217 | 08/16/2006 11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

FINGERPRINT QA REVIEW BY: _____ ON AUG 16 2006

USCIS cannot guarantee the day preferred, but will do so to the extent possible. 823045 ON _____
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS CHARLOTTE
4801 CHASTAIN AVE.
SUITE 175, BUILDING 10
CHARLOTTE NC 28217

If you have any questions regarding this notice, please call 1-800-375-5283.        **APPLICANT COPY**

APPLICATION NUMBER
SSC*001057488

**WARNING!**

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**EXHIBIT 3 - Fingerprint Notification**        Form I-797C (Rev. 01/31/05) N



**U.S. Department of Homeland Security**

Texas Service Center

P.O. Box 851488

Mesquite, TX 75185-1488

## U.S. Citizenship and Immigration Services

Thursday, April 19, 2007

SHAILESH CHANDRASEKHARAN
2631 STADIUM DR.
DURHAM NC 27704

Dear SHAILESH CHANDRASEKHARAN:

On 01/29/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/25/2006 |
| **Receipt #:** | SSC*001057488 |
| **Beneficiary (if you filed for someone else):** | CHANDRASEKHARAN, SHAILESH |
| **Your USCIS Account Number (A-number):** | A76927118 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

We reviewed your case and it is in the final stage of being processed fcor naturalization interview.

Thanks for your inquiry.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

T1B144070005 16CLT
Called May 24, 2007

U.S. CIS - 04-19-2007 10:19 AM EDT - SSC*001057488

**Exhibit 4 - April 2007 USCIS Status Letter**

**U.S. Department of Homeland Security**
USCIS
6130 Tyvola Centre Drive
Charlotte, NC 28217



**U.S. Citizenship
and Immigration
Services**

Saturday, July 7, 2007

SHAILESH CHANDRASEKHARAN
2631 STADIUM DRIVE
DURHAM NC 27704

Dear SHAILESH CHANDRASEKHARAN:

On 05/24/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/25/2006 |
| **Receipt #:** | SSC*001057488 |
| **Beneficiary (if you filed for someone else):** | CHANDRASEKHARAN , SHAILESH |
| **Your USCIS Account Number (A-number):** | A076927118 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S CIS - 07-07-2007 12:41 PM EDT - SSC*001057488

**Exhibit 5 - July 2007 USCIS Status Letter**



**U.S. Department of Homeland Security**
USCIS
6130 Tyvola Centre Drive
Charlotte, NC 28217

## U.S. Citizenship
## and Immigration
## Services

Saturday, September 22, 2007

SHAILESH CHANDRASEKHARAN
2631 STADIUM DRIVE
DURHAM NC 27704

Dear SHAILESH CHANDRASEKHARAN:

On 09/17/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/25/2006 |
| **Receipt #:** | SSC*001057488 |
| **Beneficiary (if you filed for someone else):** | CHANDRASEKHARAN, SHAILESH |
| **Your USCIS Account Number (A-number):** | A076927118 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT 6 - September 2007 USCIS Status Letter**

```
                              Russel
From Dave.Russell@mail.house.gov Wed Oct  3 12:47:00 2007
Date: Wed, 3 Oct 2007 11:46:35 -0400
From: "Russell, Dave" <Dave.Russell@mail.house.gov>
To: sch@phy.duke.edu
Subject: FW:  RE: CHANDRASEKHARAN, Shailesh
```

Dear Dr. Chandrasekharan:

Please see the status update below which I recently received from the USCIS Texas Service Center (TSC) regarding your N-400 application. I am sorry the TSC reports that your name check is pending.

At your request, we have also sent an inquiry to the FBI, and I will contact you as soon as we receive a response. Please note that it is currently taking the FBI 14-16 weeks to respond to congressional inquires for name checks.

Sincerely,
Dave Russell
US CONGRESSMAN DAVID PRICE (NC-04)
88 Vilcom Center, Suite 140
Chapel Hill, NC 27514
919.967.7924
919.967.8324 fax
Dave.Russell@mail.house.gov
www.price.house.gov


From: TSC, Congressional Liaison
Sent: Wednesday, September 26, 2007 2:21 PM
To: Russell, Dave
Subject: RE: CHANDRASEKHARAN, Shailesh

RE:

CHANDRASEKHARAN, Shailesh

N-400: SSC*001057488

Dave:

The FBI name check is still pending. We cannot proceed with the processing of the N-400 until the namecheck has been completed.

Thank you for your inquiry and please do not hesitate to contact us again if you have further questions regarding this case.

Texas Service Center
Congressional Relations
USCIS

-------------------------------------------------------

From Dave.Russell@mail.house.gov Fri Nov 16 17:29:15 2007
Date: Fri, 16 Nov 2007 17:29:12 -0500
From: "Russell, Dave" <Dave.Russell@mail.house.gov>
To: sch@phy.duke.edu
Subject: FW: SHAILESH CHANDRASEKHARAN


Dear Dr. Chandrasekharan:

**EXHIBIT 7 - Correspondence from Congressman Price Office**

Russel

Please see the response below which I recently received from the FBI regarding your case. I am sorry that the FBI reports that your name check is still pending. However, I hope it will be helpful to know that your application is not lost, but is continuing to process with the FBI.

As you may know, our office has no way of obtaining further information as to how much longer your name check will take, and I regret that our ability to provide assistance is limited in cases involving pending security clearances. However, if you do not receive a notice from the USCIS within the next 120 days, I will be glad to inquire again.

In addition, we will continue to call improvements in the security clearance process so that applicants like you will not have to wait so long for benefits.

You can find more information on the FBI's name check program via their website at: http://www.fbi.gov/page2/nationalnamecheck.htm

Sincerely,

Dave Russel
US CONGRESSMAN DAVID PRICE (NC-04)
88 Vilcom Center, Suite 140
Chapel Hill, NC 27514
919.967.7924
919.967.8324 fax
Dave.Russell@mail.house.gov
www.price.house.gov

---

From: Congressional Liaison Unit, FBI
Sent: Friday, November 09, 2007 11:37 AM
To: Russell, Dave
Subject: SHAILESH CHANDRASEKHARAN

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning SHAILESH CHANDRASEKHARAN, revealed that a request was received from the United States Citizenship and Immigration Services on 08/03/2006, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituents.

Sincerely,
Section Chief
National Name Check Program Section
Records Management Division

Page 2

**EXHIBIT 7 - Correspondence from Congressman Price Office**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*September 12, 2007*

MR. SHAILESH CHANDRASEKHARAN
2631 STADIUM DRIVE
DURHAM, NC 27704

Request No.: 1091588- 000
Subject: CHANDRASEKHARAN, SHAILESH

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

**EXHIBIT 8 - FBI Letter**

**From:** CRIS <USCIS-CRIS@dhs.gov>
**To:** SCH@PHY.DUKE.EDU
**Subject:** Your recent inquiry (receipt #SSC*001057488)
**Date:** Sat, 9 Feb 2008 07:09:37 -0500 (EST)

U.S. Department of Homeland Security
USCIS
6130 Tyvola Centre Drive
Charlotte,NC 28217

U.S. Citizenship and Immigration Services
Saturday, February 9, 2008

Emailed to SCH@PHY.DUKE.EDU

Dear M. Chandrasekharan:

On 01/29/2008 you, or the designated representative shown below, contacted us about
your case.  Some of the key information given to us at that time was the following:

Caller indicated they are:
 -- Applicant or Petitioner

Attorney Name:
 -- Information not available

Case type:
 -- N400

Filing date:
 -- 07/25/2006

Receipt #:
 -- SSC*001057488

Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- 076927118

Type of service requested:
 -- Expedite


The status of this service request is:

The processing of your case has been delayed.  A check of our records establishes that
your case is not yet ready for decision, as the required  investigation into your
background remains open.

Until the background investigation is completed, we cannot move forward on your case.
These background checks are required to be completed on all applicants who apply for
the immigration benefit you are seeking. We will make every effort to make a decision
on this case as soon as the background checks are complete.  If you do not receive a
decision or other notice of action from us within 6 months of this letter, please
contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at

**EXHIBIT 9 - February 2008 Email From USCIS**



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

# Interoffice Memorandum

**TO:**        Field Leadership

**FROM:**    Michael Aytes
                  Associate Director, Domestic Operations

**SUBJECT:**   Revised National Security Adjudication and Reporting Requirements

## Background

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**EXHIBIT 10 - February 2008 USCIS Memorandum**

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

**EXHIBIT 10 - February 2008 USCIS Memorandum**