# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHAILESH CHANDRASEKHARAN  
2631 Stadium Drive  
Durham, NC 27704  

        Plaintiffs,

v.

EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services  
20 Massachusetts Avenue, N.W.  
Washington, DC 20529  

ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation  
J. Edgar Hoover Building  
935 Pennsylvania Avenue, N.W.  
Washington, DC 20535  

MICHAEL CHERTOFF, Secretary  
U.S. Department of Homeland Security  
425 Murray Drive, Building 410  
Washington, DC 20528  

        Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs, through local counsel, hereby move this Court to permit Amy Prokop, Esq. to appear *pro hac vice* on their behalf in the instant case pursuant to LCvR § 83.2(d). In support of this motion, a declaration by Amy Prokop is attached.

Respectfully submitted,

_____  Dated: 3/12/08
Thomas K. Ragland
(D.C. Bar No. 501021)

Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAILESH CHANDRASEKHARAN
2631 Stadium Drive
Durham, NC 27704

      Plaintiff,

v.

EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529

ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

MICHAEL CHERTOFF, Secretary
U.S. Department of Homeland Security
425 Murray Drive, Building 410
Washington, DC 20528

      Defendants.

**DECLARATION OF AMY PROKOP IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Amy C. Prokop, make the following declaration Pursuant to LCvR § 83.2(d):

1. My full name is Amy Carole Prokop, and I am an attorney at The Law Offices of Carl Shusterman. My business address is 600 Wilshire Blvd, Ste. 1550, Los Angeles, California 90017. My business telephone number is (213) 623-4592.

2. I am a member in good standing of Bar for the State of California, and am also admitted to practice before the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, and the United States District Court for the District of Nebraska. My state bar license number is 227717. I have not been disciplined by any bar.

3. Within the last two years, I have filed two motions to be admitted *pro hac vice* in the District Court for the District of Columbia. One motion was granted in the matter of Patel et al. v. Gonzalez et al CV08-00180 (RBW). A second motion in the matter of Mansour et al. v. Gonzalez et al CV 08-0036 (RCL) is currently pending.

Respectfully submitted,

*/s/ Amy C. Prokop*
---
Amy C. Prokop
CA Bar No. 227717
The Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
Tel. (213) 623-4592
Fax (213) 623-3720

Dated: March 3, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAILESH CHANDRASEKHARAN<br>2631 Stadium Drive<br>Durham, NC 27704<br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, DC 20535<br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive, Building 410<br>Washington, DC 20528<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

| | |
|---|---|
| 1 | Upon consideration of the foregoing Motion for Admission Pro Hac Vice, it is hereby ORDERED that said motion is hereby GRANTED this _____ day of March, 2008. |
| 2 | |
| 3 | |
| 4 | |
| 5 | _____ |
| 6 | U.S. District Judge |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |