UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAILESH CHANDRASEKHARAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EMILIO T. GONZALEZ, Director of the<br>United States Citizenship & Immigration Services,<br>　et al.,<br><br>　　　　　Defendants. | Case Number:  1:08CV00441(RMU) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for defendants in the above-captioned action.

Dated: June 2, 2008　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov