**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| SHAILESH CHANDRASEKHARAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number:  1:08CV00441(RMU) |
|  | ) |
| EMILIO T. GONZALEZ, Director of the | ) |
| United States Citizenship & Immigration Services, | ) |
|  et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

_____ )

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND**
**FOR LEAVE TO SEEK ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Emilio T. Gonzalez et al.,

through undersigned counsel, hereby request that the Court grant Defendants a 30-day

enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due July 3,

2008.  Defendants' answer currently is due June 3, 2008.  Pursuant to Local Rule 7(m) and

Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an

effort to obtain Plaintiff's consent to this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration-related mandamus case, arising out of an application for

naturalization filed by Plaintiff Shailesh Chandrasekharan on July 25, 2006.  The complaint seeks

an order which: compels the FBI to complete the background checks conducted in connection

with that application; compels USCIS to schedule a naturalization interview within thirty days of

the Court's order; and compels USCIS to promptly adjudicate the naturalization application

thereafter.  See Compl. at Prayer for Relief.

Defendants wish to answer the complaint expeditiously.  However, counsel for Defendants recently learned of factual developments that affect the nature of Defendants' response and defenses.  Specifically, the FBI background check has been completed, and Plaintiff is scheduled to appear at a naturalization interview on June 3, 2008.  Those factual developments render portions of the complaint moot, and make it likely that the parties' dispute will soon be resolved through the normal operation of the administrative process.

Defendants therefore respectfully request that the Court enlarge the deadline for their answer by thirty days.  That 2enlargement of time will allow counsel to assess the impact of these recent factual developments, and to prepare an appropriate response to the complaint.  In addition, this thirty-day enlargement would further judicial economy, as it may allow the parties to avoid litigation of an issue that can be resolved administratively.

Defendants also seek leave to file this enlargement motion less than four business days in advance of the deadline for their answer.  Defendants did not file the enlargement motion on May 27, 2008, because counsel for Defendants did not have all of the information necessary to submit this motion.  Defendants have not sought any prior enlargements of time.  There are no pending deadlines or hearing dates that this enlargement would affect.

Dated: June 2, 2008                              Respectfully submitted,


                                         _____/s/_____
                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                         United States Attorney


                                         _____/s/_____
                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                         Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

SHAILESH CHANDRASEKHARAN,

           Plaintiff,

       v.                                     Case Number:  1:08CV00441(RMU)

EMILIO T. GONZALEZ, Director of the
United States Citizenship & Immigration Services,
 et al.,

           Defendants.

_____

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time and for Leave to

Seek Enlargement of Time [Dkt. Entry 4], it is this _____ day of _____,

2008,

      ORDERED that Defendants' Motion be and hereby is GRANTED;

      it is further ORDERED that Defendants' Answer shall be due on or before July 3, 2008.

      SO ORDERED.


                                  _____
                                  Honorable Ricardo M. Urbina
                                  United States District Judge