## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAILESH CHANDRASEKHARAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number: 1:08CV00441(RMU) |
|  | ) |
| EMILIO T. GONZALEZ, Director of the | ) |
| United States Citizenship & Immigration Services, | ) |
| et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Respectfully submitted,

Thomas K. Ragland
MAGGIO & KATTAR, P.C.
11 Dupont Circle, NW
Suite 775
Washington, DC 20036
(202) 483-0053; (202) 483-6801(fax)

Amy C. Prokop
Law Office of Carl Shusterman
600 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90017
(213) 623-4592; (213)623-3720 (fax)

*Counsel for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*